# POLLOCK | COHEN LLP

60 BROAD STREET, 24TH FLOOR
NEW YORK, NEW YORK 10004
(212) 337-5361

*CONTACT:*
Adam Pollock
Adam@PollockCohen.com
(646) 290-7251

January 14, 2021

**VIA ECF**

Hon. Diane Gujarati
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   *Kamin Health LLC v. Halperin et al.*, No. 1:20-cv-05574-DG-RML

Dear Judge Gujarati:

    We represent Plaintiff in the above-referenced matter. We write in response to Defendants' last-minute request for a one-week extension of time (ECF no. 14) to submit their opposition—due today—to Plaintiff's pending motion for a preliminary injunction (ECF no. 13). Defendants' counsel sent at email at 4:37pm and then filed the letter motion at 5:00pm this evening. As indicated in the letter motion, there was no emergency that inhibited counsel from complying with Your Honor's individual practices I.E. by submitting the letter at least two days in advance of the filing deadline.

    As detailed in Plaintiff's motion papers, Defendants are causing ongoing harm to Plaintiff's brand through their continued unauthorized use of its trademarked materials. While we normally would agree to a one-week extension as a matter of professional courtesy, in this case Plaintiff cannot consent to the requested extension unless Defendants would agree to remove all materials bearing Plaintiff's trademark and trade dress from the urgent care center (at least while the motion is pending).

    Ultimately, this isn't a hard case: Defendants can and should simply stop using Plaintiff's logo and branding.

    Thank you for Your Honor's consideration in this matter.

    Sincerely,

    /s/ *Adam Pollock*

    Adam Pollock