UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

KAMIN HEALTH LLC,  : Docket No. 20 Civ 5574

                Plaintiff,  :

   - against -  : NOTICE OF CROSS-MOTION
                                           TO COMPEL ARBITRATION
PINCHAS HALPERIN and PINCHAS  :
HALPERIN LLC,
                Defendants.  :

----------------------------------------X

     **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Pinchas Halperin dated January 19, 2021, the Exhibits thereto annexed, and Defendants' Memorandum of Law dated January 19, 2021, Plaintiff will cross-move this Court [before the Hon. Diane Gujarati], upon the hearing of Plaintiff's motion-in-chief for interlocutory relief [DE-60], for an Order, pursuant to 9 U.S.C. §3, et. seq., (i) compelling arbitration of the issues raised in this case, (ii) dismissing this case or, alternatively, staying this case pending an arbitration determination, and (iii) granting to Defendants such other, further and different relief as may be just, proper and equitable.

Dated: January 19, 2021

                                                                        **LEVINE & ASSOCIATES, P.C.**

                                                                        By:_____
                                                                            Michael Levine

                                                             15 Barclay Road
                                                            Scarsdale, NY  10583
                                                            Telephone (914) 600-4288
                                                            Cell Phone (917) 855-6453
                                                           Facsimile (914) 725-4778
                                                           e-mail: ml@LevLaw.org

                                                           *Attorneys for Defendants*