# EXHIBIT 2

NOTICE OF REMOVAL OF
(1) UC MANAGEMENT LLC AS MEMBER, AND
(2) YITZCHAK KAMINETZKY AS MANAGER
OF
<u>KAMIN HEALTH WILLIAMSBURG LLC</u>

FROM: PINCHAS HALPERIN LLC
   47 THROOP AVENUE
   BROOKLYN, NY 11206
   *as Member of Kamin Health Williamsburg LLC*

TO: UC MANAGEMENT LLC
   72-53 141st STREET
   FLUSHING, NY 11367

TO: YITZCHAK KAMINETZKY
   72-53 141st STREET
   FLUSHING, NY 11367

**PLEASE TAKE NOTICE** the, pursuant to § 7 of that certain Operating Agreement of Kamin Health Williamsburg LLC (the "Company") dated October 4, 2018 (the "Operating Agreement"), UC Management LLC is hereby removed as Member of the Company, on motion of by Pinchas Halperin LLC, Member of the Company, on the ground that UC Management LLC comingled funds belonging to the Company with funds not belonging to the Company.

**PLEASE TAKE FURTHER NOTICE** the, pursuant to § 7 of the Operating Agreement, Yitzchak Kaminetzky is hereby removed as Manager of the Company, on motion of by Pinchas Halperin LLC, Member of the Company, on the ground that Yitzchak Kaminetzky comingled funds belonging to the Company with funds not belonging to the Company.

**PLEASE TAKE FURTHER NOTICE** that you are required to immediately return any and all records in your possession regarding or related to the Company to Pinchas Halperin, the Managing Member of Pinchas Halperin LLC, the remaining Member of the Company.

Dated: July 12, 2019

                PINCHAS HALPERIN LLC

                By: _____
                   Pinchas Halperin. Managing Member