# EXHIBIT 4

| | |
|---|---|
| From: | Beis Din Eitz Chaim <beisdin@businesshalacha.com> |
| Sent: | Wednesday, July 24, 2019 3:29 PM |
| To: | Michael Levine |
| Cc: | yitzk@kaminhealth.com; David Halperin |
| Subject: | Re: Beis Din Eiotz Chaim |

As per your request for a formal invitation to adjudicate at our beis din, Mr. Kaminetzky is requesting a Din Torah to discuss the management and ownership of the company called Kamin Health Williamsburg LLC. and its operating agreement.

If you have any questions or concerns regarding the din Torah process at our beis din, feel free to reach out to me at 718-233-3845 x 201.