# EXHIBIT 5

## Michael Levine

**From:** Michael Levine
**Sent:** Monday, July 29, 2019 10:04 AM
**To:** Beis Din Eitz Chaim
**Cc:** yitzk@kaminhealth.com; David Halperin; Rabbie Halpern
**Subject:** RE: Beis Din Eiotz Chaim

Rabbi Kohn:

My below e-mail to you of July 26th was based upon a conversation that I had with my client before I left for vacation last week. Having now spoken to my client and Rabbi Halpern (its *Toyen*) in more detail, I believe I misunderstood their position and wish to correct the below e-mail. My client will, in fact, proceed before your *beis din*, as you invited it to do. I apologize for any confusion to the contrary.

Please coordinate the dates for the *din Torah* directly with Rabbi Halpern, whom I am copying on this e-mail.

Thank you.

Respectfully,

Mike Levine

**LEVINE & ASSOCIATES, P.C.**
*Attorneys-at-Law*
15 Barclay Road
Scarsdale, NY 10583
Telephone (914) 600-4288
Fax (914) 725-4778
Cell (917) 855-6453

**From:** Michael Levine
**Sent:** Friday, July 26, 2019 2:03 PM
**To:** Beis Din Eitz Chaim <beisdin@businesshalacha.com>
**Cc:** yitzk@kaminhealth.com; David Halperin <david@hpestates.nyc>
**Subject:** RE: Beis Din Eiotz Chaim

Rabbi Kohn:

As I indicated to you in my last e-mail, I am out of the office until next Tuesday. I will respond to your e-mails below more substantively at that time, however I want to make it clear that my client does not intend to proceed before your *beis din*. If and when a *hazmana* is properly issued, my client will respond appropriately.

Mike Levine

**LEVINE & ASSOCIATES, P.C.**
*Attorneys-at-Law*
15 Barclay Road
Scarsdale, NY 10583

1