# EXHIBIT 6

RAV CHAIM KOHN, *Dean*

הרב חיים קאהן שליט"א, אב"ד

# AGREEMENT TO SUBMIT TO ARBITRATION

This agreement is made and entered into as of the 23 day of July, 20*19*, between *Yitzchok Kaunetz/Oys U C Management LC*, currently residing at *72-53 141 Street Flushing NY* and *Pinchas Halpern*, currently residing at _____ (the "Parties").

Whereas disputes and controversies have arisen and exist between the above-mentioned parties respecting: *The Management and ownership of the Company called Kagein Heelh Williamsbrg LLC and its operating agreement*

With each party having certain claims and counterclaims against each other.

**Choice of Forum.** The parties submit themselves to the personal jurisdiction of and refer and submit all disputes, differences, and controversies whatsoever in connection with the above referenced matter to be heard and determined by a panel of the following ~~three arbitrators~~ (Arbitrators) of the Bais Hora'ah Rabbinical Court (the "Bais Din"); Rabbi: *chaim Kohn*

**Choice of Law.** The Parties acknowledge that the Arbitrators may resolve this controversy in accordance with strict application of Orthodox Jewish Law ("*Din*"), through court ordered settlement in accordance with Jewish law ("*p'shara krova l'din*") or a compromise consistent with the tenants of equity and justice.

**Powers and Authority of Arbitrators:**

**Evidentiary Discretion.** Discovery shall be at the discretion of the Bais Din and allowed only upon a showing of good cause and only to the extent specifically authorized by the Bais Din.

**Willful Absence of a Party.** If either party shall fail, after reasonable notice, to attend hearings before the Bais Din, the Arbitrators shall have the right to hear testimony and evidence and to render a final decision in his or her absence.

**Rendering Interim Decisions.** In addition to any final award, the arbitrators may make other decisions, including interim or partial orders and awards.

**Loss of an Arbitrator.** If any Arbitrator withdraws, or is disqualified from hearing the case, or unable to function as an arbitrator, the parties agree that the remaining two Arbitrators may elect to continue the proceeding and shall retain the same powers and authority.

**Retention of Jurisdiction.** The Bais Din shall retain jurisdiction over this matter for one year after the rendering of its decision, and shall be authorized to modify its decision for any reason it deems proper.

**Finality of Award.** The award of the Arbitrators shall be final and binding upon the parties without appeal or review except to the extent required by the arbitration laws of the state in which the arbitration is held. Application may be had by any party to any court of general jurisdiction for entry and enforcement of judgment based on the award.

**Enforcement Through Secular Courts – Legal Costs and Expenses.** In an action to enforce or to vacate a decision of the Bais Din in a court of competent jurisdiction, the party seeking to confirm or enforce the award shall be entitled to recover its fees and expenses in such action, including reasonable attorneys' fees.

Savings Clause. Should any of the provisions of this Agreement be to be held ineffectual or invalid, for any reason, no other portion or provision of this Agreement shall be invalidated, impaired or affected thereby.

In witness whereof, each party to this agreement has caused it to be duly executed.

Signed: _____ Print: *Yitzchok Kanmetzky* Signed: _____ Print: _____

Signed: _____ Print: *Pinchas Halperin* Signed: _____ Print: _____