# EXHIBIT 8



BAIS HORA'AH EITZ CHAIM

RAV CHAIM KOHN, *Dean*

בית הוראה עץ חיים

הרב חיים קאהן שליט"א, דיין

To All Parties,

Please take notice that Mr. Pinchas Halperin (a/k/a David Halperin), through his company Pinchas Halperin LLC requested a permission from Bais Din to place an injunction on all funds that are related to Kamin Health Williamsburg LLC. in whichever account they may be.

Mr. Halperin claims that although Beis Din offered the Kamnetzky's multiple dates this matter keeps on getting delayed which causes him ongoing losses due to comingling of funds.

After elaborating on this matter, Beis Din gives permission for Mr. Halperin to file an injunction in court on the aforementioned funds for the pendency of this din Torah.

In the name of Beis Din

*[signature]*
Yochanan Scherman

בית הוראה לעניני ממונות
עץ חיים
BAIS HORA'AH ETZ CHAIM

1937 OCEAN AVENUE ː BROOKLYN, NEW YORK 11230 ː 718.233.3845 ː 718.705.5429 FAX   ASK@BUSINESSHALACHA.COM