# EXHIBIT 10

WORKING COPY
[Confirmation Notice Attached]

At IAS Part 72 of the Supreme Court of the State of New York held in and for Kings County, at the Courthouse located at 360 Adams Street, Brooklyn, New York 11201 on the 27th day of September, 2019

PRESENT:

HON. Ken Sherman JSC

-------------------------------------X

PINCHAS HALPERIN LLC,

                    Petitioner,

- against -

U C MANAGEMENT LLC, YITZCHAK KAMINETZKY and KAMIN HEALTH WILLIAMSBURG LLC,

                    Respondents.

-------------------------------------X

: Index No. 521021/2019

: ORDER TO SHOW CAUSE
  FOR PRELIMINARY INJUNCTION
: IN AID OF ARBITRATION
  WITH TEMPORARY
: RESTRAINING ORDER

Upon reading and filing the annexed Verified Petition of Pinchas Halperin LLC, duly verified the 24th day of September, 2019, and the Exhibits thereto annexed, LET Respondents SHOW CAUSE before this Court, at an IAS Part 70 Room 438, at the Courthouse located at 360 Adams Street, Brooklyn, New York, on the 2nd day of October, 2019, at 9:30 AM, or as soon thereafter as counsel can be heard WHY an Order should not be made and entered herein, pursuant to Article 75 of the CPLR, (i) directing that, until the existing arbitration among the parties is concluded and the arbitration panel (the "*Beis Din*") issues a final Award, all funds received by any agent of Kamin Health Williamsburg LLC ("Kamin Health") must be

1

deposited only into the operating account of Kamin Health and not comingled with funds belonging to any other entity, (ii) enjoining the use of any funds of Kamin Health other than for the business purposes of Kamin Health; (iii) restraining and enjoining Respondents U C Management LLC and Yitzchak Kaminetzky, and all persons operating through either of them or at their request or instruction, from diverting funds, or using funds for any purpose other than the business purposes of Kamin Health Williamsburg LLC, and (iv) directing that all checks of Kamin Health shall be issued and signed only by the bookkeeper for Kamin Health and enjoining any other individual from issuing any such checks; and good cause having been established, it is further

ORDERED that, from the date of this Order *pending hearing* ~~and until a determination~~ is made by the Court on Petitioner's underlying request for a preliminary injunction in aid of arbitration, Respondents U C Management LLC and Yitzchak Kaminetzky, and all persons operating through either of them or at their request or instruction, are hereby temporarily restrained from (i) diverting, dissipating or using any funds of Kamin Health for any purposes other than the business purposes of Kamin Health; (ii) depositing any funds of Kamin Health into any account other than the TD Bank operating account of Kamin Health ending in 4683, and (iii) writing or issuing any checks other than checks issued by Blini Gold, the bookkeeper of Kamin Health; and it is further

~~ORDERED~~ that a copy of this Order to Show Cause, and the papers supporting the same, be served via personal delivery on Respondents on or before ~~September~~ *September 30*, 2019 *6:30pm*, and that such service be deemed good and sufficient service of this Order to Show Cause.

ENTER:

9-27-19    _____
              Hon.

HON. KENNETH R. SHERMAN

(margin annotations: STAY; JSC)

2

.2 of 2