# EXHIBIT 11

FILED: KINGS COUNTY CLERK 12/10/2019 10:48 AM
NYSCEF DOC. NO. 28

INDEX NO. 521021/2019
RECEIVED NYSCEF: 12/10/2019

At an IAS Part 70 of the Supreme Court of the State of New York, held in and for the County of Kings, at the Courthouse located at 360 Adams Street, Brooklyn, New York on the 6th day of December, 2019

PRESENT:

HON. WAVNY TOUSSAINT, J.S.C.

------------------------------------------X

PINCHAS HALPERIN LLC,

           Petitioner,

- against -

U C MANAGEMENT LLC, YITZCHAK KAMINETZKY and KAMIN HEALTH WILLIAMSBURG LLC,

           Respondents.

------------------------------------------X

: Index No. 521021/2019

: <u>ORDER</u>

Petitioner having moved this Court for an Order, pursuant to Article 75 of the CPLR, (i) directing that, until the existing arbitration among the parties is concluded and the arbitration panel (the "*Beis Din*") issues a final Award, all funds received by any agent of Kamin Health Williamsburg LLC ("Kamin Health") must be deposited only into the TD Bank operating account of Kamin Health ending in 4683, and not comingled with funds belonging to any other entity, (ii) enjoining the use of any funds of Kamin Health other than for the business purposes of Kamin Health; (iii) restraining and enjoining Respondents U C Management LLC and Yitzchak Kaminetzky, and all persons operating through either of them, or at their request or instruction, from diverting funds, or using funds for any purpose other than the business purposes of Kamin

FILED: KINGS COUNTY CLERK 12/10/2019 10:48 AM
NYSCEF DOC. NO. 28

INDEX NO. 521021/2019
RECEIVED NYSCEF: 12/10/2019

Health Williamsburg LLC, and (iv) directing that all checks of Kamin Health shall be issued and signed only by Blini Gold, the bookkeeper for Kamin Health, and enjoining any other individual from issuing any such checks; and good cause having been established, and the Court having issued an Order on September 27, 2019 directing Respondents to Show Cause on October 2, 2019 as to why such relief should not be granted by the Court, and the parties having appeared on October 2, 2019 before the Court, and Petitioner having appeared through its counsel, Levine & Associates, P.C., and the Respondent having appeared through their attorneys, Pollock Cohen LLP, and Respondents having requested additional time to file opposition to the Petitioner's said motion, and the Court having granted Respondent's request and adjourned the motion to November 6, 2019, and the Respondents having failed to submit any opposition papers and having further failed to appear before the Court on November 6, 2019, and the Court having considered the Verified Petition dated September 24, 2019 and the Affirmation of Urgency of Michael Levine, Esq., duly affirmed the 25th day of September, 2019, and the exhibits thereto annexed, all filed in support of the said motion, and the Court having duly deliberated on the issues, it is

ORDERED, that the Petitioner's motion is GRANTED on default, and it is further

ORDERED, that the Respondents U C Management LLC and Yitzchak Kaminetzky, and all persons operating through either of them or at their request or instruction who are given notice of this Order, are hereby enjoined and restrained, until a final Award is issued by the existing arbitration panel, from (i) using any funds of Kamin Health Williamsburg LLC other than for the business purposes of Kamin Health Williamsburg LLC, and (ii) diverting funds or using funds for any purpose other than the business purposes of Kamin Health Williamsburg LLC, and it is further

ORDERED, that (i) all funds received by any agent of Kamin Health Williamsburg LLC must be deposited only into the TD Bank operating account of Kamin Health Williamsburg LLC

FILED: KINGS COUNTY CLERK 12/10/2019 10:48 AM                INDEX NO. 521021/2019
NYSCEF DOC. NO. 28                                           RECEIVED NYSCEF: 12/10/2019

ending in 4683, and (ii) any checks of Kamin Health Williamsburg LLC shall be issued and signed only by Blini Gold, the bookkeeper for Kamin Health, and Respondents, and all other persons knowingly acting or operating through any of them and receiving notice of this Order, are hereby enjoined from issuing any such checks, and it is further

ORDERED, that Petitioner shall post an undertaking, pursuant to § 6312(b), in the amount of $500.00 within ten (10) days of the date of the entry of this Order.

ENTER:

_____
HON. WAVNY TOUSSAINT, J.S.C.