# EXHIBIT 13

At an I.A.S. Trial Term, Part 70 of the Supreme Court of the State of New York, held in and for the County of Kings, at the Courthouse, located at Civic Center, Borough of Brooklyn, City and State of New York, on the 15th day of July, 2020

PRESENT:

Hon. Wavny Toussaint,
                    Justice

---

PINCHAS HALPERIN, LLC,

       Petitioner (s)

 -against-

UC MANAGEMENT LLC, ET AL

       Respondents(s)

Cal. No. 17 and 18
Index No. 5521021/19

---

| The following papers numbered 1 to    read on this motion | Papers Numbered |
|---|---|
| Notice of Motion-Order to Show Cause And Affidavits (Affirmations) Annexed | 1-2 ; 3-4 |
| Answering Affidavit (Affirmation) | 5-6 |
| Reply Affidavit (Affirmation) | 7 |
| _____Affidavit(Affirmation) | |
| Pleadings-Exhibit | |
| Stipulations - Minutes | |
| Filed Papers | |

Respondents motion to reargue the December 6, 2019 order granting a preliminary injunction is denied, as the motion was granted on default of the respondents. Respondents cannot move to reargue until their default in appearance has been vacated. Petitioner's motion for contempt is granted, to the extent of setting the matter down for a hearing on October 1, 2020, at 10:00 AM, to determine whether the respondents should be held in contempt for non compliance with the December 6, 2019 preliminary injunction order.

For Clerks use only
MG____
MD____
Motion Seq.#
2, 3

ENTER

_____
J.S.C.
Hon. Wavny Toussaint
J.S.C.