# EXHIBIT 15

Before: Beis Din Eitz Chaim

---------------------------------X

In the Matter of the dispute between   :

Yitzchak Kaminetzky and             : PSAK ENFORCING PRIOR
U C Management LLC,                : PSAK OF SEPTEMBER 20, 2019

                  Petitioners,   :
   - against –

                                  :

Pinchas Halperin and Pinchas Halperin LLC,
LLC,                                       :

                  Respondents.   :

Regarding the Management and Operations
of Kamin Health Williamsburg LLC      :

---------------------------------X

AWARD AND ORDER BY RABBI CHAIM KOHN:

Dear Mr. Kaminetzky:

Mr. Halperin has submitted to us a document that you signed supposedly assigning the assets of Kamin Health of Williamsburg to another person. As you know, the disposition of the assets of Kamin Health of Williamsburg, and your authority to act on behalf of that company, is a matter directly before us in this *din Torah*. As you also know this Rabbinical Court previously issued a *psak* enjoining you from "diverting" funds of Kamin Health of Williamsburg to any place other than the operating bank account at TD Bank, and being paid out by anyone other than the company's bookkeeper, Blini Gold. Therefore, we reiterate that you may not, until this *din Torah* is over, sign any document which assigns the assets of Kamin Health Williamsburg to any trustee or permits any person other than the company's bookkeeper to transfer of any assets of Kamin Health of Williamsburg. You are directed to immediately withdraw and revoke the assignment document and continue to make sure that any funds of Kamin Health of Williamsburg are dealt with strictly in accordance with our prior *psak*.

Dated: December 22, 2020

                                                                                     Rabbi Chaim Kohn