# INITIAL CONFERENCE QUESTIONNAIRE

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __completed__

2. If additional interrogatories beyond the 25 permitted under the federal rules are needed, the maximum number of: plaintiff(s) __0__ and defendant(s) __0__

3. Number of depositions by plaintiff(s) of: parties __2__ non-parties __4__

4. Number of depositions by defendant(s) of: parties __2__ non-parties __4__

5. Date for completion of factual discovery: __4/2/2021__

6. Number of expert witnesses of plaintiff(s): ____ medical __1__ non-medical

   Date for expert report(s): __5/6/2021__

7. Number of expert witnesses of defendant(s): ____ medical __1__ non-medical

   Date for expert report(s): __5/26/2021__

8. Date for completion of expert discovery: __6/24/2021__

9. Time for amendment of the pleadings by plaintiff(s) __3/16/2021__ or by defendant(s) __3/23/2021__

10. Number of proposed additional parties to be joined by plaintiff(s) __2__ and by defendant(s) __1__ and time for completion of joinder: __3/23/2021__

11. Types of contemplated dispositive motions: plaintiff(s): __Summary Judgment__
    defendant(s): __1. compel arbitration 2. dismiss; 3. summary judgment__

12. Dates for filing contemplated dispositive motions: plaintiff(s): __5/25/2021__
    defendant(s): __arbitration - filed  others - 5/25/2021__

13. Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference. **Counsel do not expect significant electronic discovery, but if necessary, they will discuss that after initial disclosure.**

14. Have counsel reached any agreements regarding disclosure of experts' work papers (including drafts) and communications with experts? If so, please describe at the initial conference.
**Counsel have not reached any such agreement yet, but expect an agreement consistent with Rule 26(b)(4).**

15. Will the parties **\***consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (Answer no if any party declines to consent without indicating which party has declined.)
    Yes ____ No __X__

---

* **The fillable consent form may be found at** http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf  **may be filed electronically upon completion prior to the initial conference, or, brought to the initial conference and presented to the Court for processing.**