# LEVINE & ASSOCIATES, P.C.
## ATTORNEYS-AT-LAW

**15 Barclay Road**
**Scarsdale, New York  10583**
**e-mail: ml@LevLaw.org**
**Fax  (914) 725-4778**
**Telephone  (914) 600-4288**

February 1, 2021

<u>**Via ECF**</u>

Magistrate Judge Robert M. Levy
U.S. District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

<u>***RE: Kamin Health v. Pinchas Halperin (20-cv-05574-DG-RML)***</u>

Dear Magistrate-Judge Levy:

The undersigned is counsel to the defendants in the above-referenced action.  An initial conference is scheduled to take place before you on February 3, 2021, at 2:00 pm. and the parties filed the required Initial Conference Questionnaire today.  I write, with the consent of Plaintiff's counsel, to request a brief adjournment of the conference for the following two reasons.  First, I was directed by Judge Drain in the U.S. Bankruptcy Court, S.D.N.Y., to commence a Zoom trial at 10:00 am on February 3rd in a pending adversary proceeding before that Court in which I am special litigation counsel for the Debtor.  It is unlikely that that trial will conclude by 2:00 pm.  Secondly, we filed a motion in this case to compel arbitration of this matter, which was fully briefed, and is on for telephonic oral argument before Judge Gujarati on Friday, February 5th at 11:00 a.m.  Obviously, if Judge Gujarati grants the motion to compel arbitration, no further proceedings in this matter will be required.  As such, I would respectfully request that the conference before this Court be adjourned to a date after February 5th.

Thank you for your attention.

Respectfully,

MICHAEL LEVINE

cc. Adam Pollack (via email)