| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |
| Before: Diane Gujarati<br>        U.S. District Judge | Date:   2/5/2021<br>Time:   11:00 a.m. |

Court Deputy: Kelly Almonte
Court Reporter: Anthony Mancuso

*Kamin Health LLC v. Pinchas Halperin and Pinchas Halperin, LLC*
20-CV-5574 (DG) (RML)

Type of Conference: Oral Argument

Appearances:   Plaintiff:       Adam Lewis Pollock

               Defendants:   Michael L. Levine

Summary:  Oral argument on Plaintiff's Motion for a Preliminary Injunction and Defendants' Cross Motion to Compel Arbitration held before Judge Diane Gujarati on February 5, 2021. Adam Pollock appeared on behalf of Plaintiff. Michael Levine appeared on behalf of Defendants. The parties were heard on the motions. The Court reserved decision and will rule on the motions in due course. The parties were instructed to promptly notify the Court of any change affecting the parties' positions.

                                                SO ORDERED.


                                                /s/ Diane Gujarati
                                                DIANE GUJARATI
                                                United States District Judge