# LEVINE & ASSOCIATES, P.C.
## ATTORNEYS-AT-LAW

15 Barclay Road
Scarsdale, New York  10583
e-mail: ml@LevLaw.org
Fax  (914) 725-4778
Telephone  (914) 600-4288

March 15, 2021

<u>Via ECF</u>

Hon. Diane Gujarati, U.S.D.J.
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

<u>RE: *Kamin Health v. Pinchas Halperin, et. ano. (20-5574)*</u>

Dear Judge Gujarati:

As the Court is aware, the undersigned is counsel to the Defendants in the above-referenced matter. During oral argument on February 5, 2021, your Honor inquired as to the status of the various existing State Court actions involving Mr. Halperin and/or Mr. Kaminetzky and instructed the parties to advise the Court as to any change in the status of the same. Last Wednesday (March 10th), Judge Toussaint, the State Court Judge before whom those actions are pending, stayed all of those actions until the resolution of the extant arbitration proceeding that we described in Defendants' papers supporting their cross-motion to compel arbitration in this case.

Additionally, this is to advise the Court that, on March 3, 2021, Magistrate Judge Levy stayed discovery responses for six weeks (and stayed depositions *sine die*) pending your Honor's decision on Defendants' *sub judice* motion to compel arbitration.

Thank you for your attention.

Respectfully,

MICHAEL LEVINE

cc. Adam Pollock, Esq. (via ECF and e-mail)