# LEVINE & ASSOCIATES, P.C.
## ATTORNEYS-AT-LAW

15 Barclay Road
Scarsdale, New York 10583
e-mail: ml@LevLaw.org
Fax (914) 725-4778
Telephone (914) 600-4288

March 15, 2021

**Via ECF**

Magistrate Judge Robert M. Levy
U.S. District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

### RE: Kamin Health v. Pinchas Halperin (20-cv-05574-DG-RML)

Dear Magistrate-Judge Levy:

The undersigned is counsel to the defendants in the above-referenced action. This is to advise the Court (if you have not already seen it) that Judge Gujarati issued an Order this afternoon granting Defendants' motion to compel arbitration and staying this action pending the determination in that arbitration proceeding [DE-28]. Therefore, we believe that the parties are no longer required to adhere to the Case Management Order that your Honor adopted on March 3, 2021. We did not wish to simply ignore the same, however, without advising the Court as to the situation. Similarly, we assume that the conference scheduled for April 7, 2021 is cancelled.

If we are incorrect about any of the above, we would appreciate hearing from Chambers.

Thank you for your attention.

Respectfully,

MICHAEL LEVINE

cc. Adam Pollack (via email)